United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER DUPRE, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-CV-00264 |
| | § | |
| SLATE HEALTHCARE, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 9, 2024, all dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B) for Report and Recommendation. *See* Dkt. 71. Judge Edison filed a Memorandum and Recommendation on November 15, 2024, recommending that Slate Healthcare, LLC's Motion for Summary Judgment (Dkt. 61) and Moton to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. 70) be **GRANTED**. *See* Dkt. 84.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 84) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

2

(2) Slate Healthcare, LLC's Motion for Summary Judgment (Dkt. 61) is **GRANTED**;

(3) Slate Healthcare, LLC's Motion to Dismiss (Dkt. 70) is **GRANTED**; and

(4) Plaintiffs may seek a judicial determination as to the reasonable attorneys' fees and expenses incurred in connection with this litigation by filing such request by Friday, December 13, 2024. This case will remain open until the court rules on the amount of attorneys' fees and expenses to be awarded to Plaintiffs.

It is so **ORDERED**.

SIGNED at Houston, Texas on December 2, 2024.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE