United States District Court
Southern District of Texas
**ENTERED**
February 26, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JENNIFER DUPRE, *et al.*, | § |
| | § |
| Plaintiffs. | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:22-cv-00264 |
| | § |
| SLATE HEALTHCARE LLC, | § |
| | § |
| Defendant. | § |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On December 20, 2024, Plaintiffs' Motion for Award of Attorney's Fees and Costs Pursuant to the Fair Labor Standards Act (Dkt. 89) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 89. Judge Edison filed a Memorandum and Recommendation on February 11, 2025, recommending that Plaintiffs' Motion for Award of Attorney's Fees and Costs Pursuant to the Fair Labor Standards Act (Dkt. 89) be **GRANTED IN PART**. *See* Dkt. 93.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Edison's Memorandum and Recommendation (Dkt. 93) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)    Plaintiffs' Motion for Award of Attorney's Fees and Costs Pursuant to the Fair Labor Standards Act (Dkt. 89) is **GRANTED IN PART**. Slate Healthcare LLC is ordered to pay Plaintiffs a total of $95,464.11. This amount represents $78,960.00 in attorneys' fees and $16,504.11 in costs.

It is so **ORDERED**.

 SIGNED at Houston, Texas on February 26, 2025.

_George C. Hanks Jr_
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE