United States District Court
Southern District of Texas
**ENTERED**
February 26, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER DUPRE, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-cv-00264 |
| | § | |
| SLATE HEALTHCARE LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Defendant Slate Healthcare LLC tendered to Plaintiffs Jennifer Dupre and Melinda Wilson $150,000 and agreed to pay Plaintiffs, as the prevailing parties, their reasonable and necessary attorneys' fees and costs as determined by the Court. Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation issued today, Slate is ordered to pay Plaintiffs a total of $95,464.11. This amount represents $78,960.00 in attorneys' fees and $16,504.11 in costs. All other relief is denied.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED at Houston, Texas on February 26, 2025.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE